IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRADY GUINAGH,

    Plaintiffs,

v.                                          CASE NO.: 4:10cv317-SPM/WCS

JAMES DEBEAUGRINE, in his official
capacity as Director, Florida Agency for
Persons with Disabilities,

    Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, the stipulated motion for extension of time to respond to the complaint and motion for preliminary injunction (doc. 10) is granted. Defendant shall have up to and including September 7, 2010, to respond to the complaint and motion for preliminary injunction

SO ORDERED this 23rd day of August, 2010.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge