IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRADY GUINAGH,

    Plaintiffs,

v.                                    CASE NO.: 4:10cv317-SPM/WCS

JAMES DEBEAUGRINE, in his official
capacity as Director, Florida Agency for
Persons with Disabilities,

    Defendant.
_____/

## ORDER EXTENDING TIME

Upon consideration, the third stipulated motion for extension of time to respond to the complaint and motion for preliminary injunction, and to confer and file a joint report (doc. 18) is granted. The following new deadlines are established:

| | |
|---|---|
| Responses to complaint and motion for preliminary injunction | October 19, 2010 |
| Rule 26 conference | October 25, 2010 |
| Joint Report | November 8, 2010 |

SO ORDERED this 28th day of September, 2010.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          Chief United States District Judge